**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Bradford G. BROWN, Defendant–Appellant.**

**No. 07–11354**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Oct. 2, 2007.

Charles E. Cox, Jr., Macon, GA, for Defendant–Appellant.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, Mark Determan, Alan Hechtkopf, Washington, DC, for Plaintiff–Appellee.

Before TJOFLAT, CARNES and HULL, Circuit Judges.

PER CURIAM:

Charles Cox, Jr., appointed counsel for Bradford G. Brown in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the revocation of Brown's

supervised release and accompanying sentence are **AFFIRMED.**